UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Stephen Close, *et al.*,

    Plaintiffs,

v.

Eldo Organic, LLC, *et al.*,

    Defendants.

Case No. 2:22-cv-1630

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

Defendants move to dismiss the Complaint for lack of jurisdiction. ECF No. 17. Plaintiffs move for leave to amend their Complaint, ECF No. 23, but have not responded to Defendants' motion.

The Court is concerned about the jurisdictional issues raised in Defendants' motion and wishes to assure itself of its jurisdiction before ruling on Plaintiffs' motion or otherwise proceeding with the case. Given the complicated nature of the issues in Defendants' motion, the Court would benefit from Plaintiffs' responses to the same.

Accordingly, Plaintiffs are **ORDERED** to file their response to Defendants' motion, if any, **WITHIN FOURTEEN DAYS**. No further extensions of time shall be given. Briefing on Plaintiffs' motion for leave to amend is **STAYED** until further notice.

IT IS SO ORDERED.

                                                  */s/ Michael H. Watson*
                                                  MICHAEL H. WATSON, JUDGE
                                                  UNITED STATES DISTRICT COURT